UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHAEL R. MCNEIL,**

    **Plaintiff,**

v.                                            **Case No: 6:19-cv-461-Orl-41TBS**

**SHOPPES AT SOUTHWINDS II LLC,**

    **Defendant.**

                                             /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion for Entry of Judgment After Default (Doc. 17). United States Magistrate Judge Thomas B. Smith issued a Report and Recommendation (Doc. 18), which recommends denying the motion without prejudice. After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Entry of Judgment After Default (Doc. 17) is **DENIED without prejudice**.

**DONE** and **ORDERED** in Orlando, Florida on July 10, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record